**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

RYAN TAYLOR NICHOLS,

*Defendant,*

Case No. 21-cr-117 (RCL)

## NOTICE OF APPEAL

Please take notice that Defendant Ryan Taylor Nichols hereby appeals the final JUDGMENT

entered in this case on May 5, 2024 (ECF No. 314).

Dated: Brooklyn, NY
       March 16, 2024

Respectfully submitted,

**/s/ Joseph D. McBride, Esq.**
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing with the Clerk of the Court using the

CM/ECF system, which will send a notification to this Honorable Court and all counsel of record.


Respectfully submitted,

**<u>/s/ Joseph D. McBride, Esq.</u>**
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*